de apelación para ante esta Corte Suprema, y elevadas las actuaciones originales, previa citación y emplazamiento de las partes, compareció ante este tribunal la representación del Ayuntamiento de Manatí, teniéndole por personado; y redactada la correspondiente nota, que se puso de manifiesto a las partes, con las actuaciones y el expediente gubernativo, sin que hicieran alegación alguna, se señaló día para la vista, la que tuvo lugar el diez y seis de los corrientes, con (*) informe oral de la parte apelante y del Fiscal de esta Corte Suprema.

Abogado del apelante: *Sr. Juan R. Ramos.*

Abogado del apelado: *Sr. del Toro, Fiscal.*

---

## Ex parte Sojo.

Apelación procedente de la Corte de Distrito de San Juan.

No. 92.—Resuelto en marzo 20, 1904.

Dominio—Escrito Inicial Promoviendo la Información.—Aunque en el escrito inicial de una información de dominio debe expresarse si el promovente carece o nó de título de dominio escrito, esto no obstante, admitido el escrito sin ese requisito, y sin objeción alguna del tribunal o del Fiscal, no procede, después de corridos todos los trámites legales, denegar la aprobación de la información por la falta de dicho requisito, cuya subsanación ha debido decretar el tribunal oportunamente.

Id.—Posesión para Adquirir el Dominio.—La posesión quieta y pacífica y sin
    interrupción, por un período mayor de veinte años, con buena fe y justo
    título, es suficiente para acreditar el dominio de los inmuebles a los efectos
    de su inscripción en el registro de la propiedad.

### EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal de Distrito de San
Juan por Don Mariano Pesquera, en representación de su
esposa Doña María Ana Sojo y del Valle, sobre declarato-
ria (*) de dominio de un solar radicado en el sitio de Mini-
llas, del barrio de Santurce, de esta capital, pendientes ante
nos a virtud de apelación establecida por el promovente con-
tra la sentencia dictada por el referido Tribunal de Distrito,
y que copiada a la letra dice así:

"San Juan, P. R., junio 15 de 1903.

"*Resultando:* que Don Mariano Pesquera, a nombre de su con-
sorte Doña María Ana Sojo, instó ante este tribunal expediente para
justificar el dominio de un solar radicado en el barrio de Santurce,
de San Juan, sitio denominado 'Minillas,' con una extensión de 821
metros 70 centímetros cuadrados, cuya finca adquirió por compra a
Don José María Rosario, valiendo $500, sin expresar si carece o no de
título escrito de dominio.

"*Resultando:* que sustanciado este expediente, con citación del
Fiscal, se han guardado en él las formalidades legales.

"*Considerando:* que no pudiendo acudir al medio supletorio que
la Ley Hipotecaria concede para justificar el dominio, sino los propie-
tarios que carecieren de título de dominio escrito, es menester demos-
trar, a lo menos, alegar, esta circunstancia esencialísima para el éxito
del expediente.

"*Visto* el artículo 395 de la Ley Hipotecaria.

"No ha lugar a declarar el dominio interesado.

"Lo acordó y firma el tribunal.   Certifico: Juan.Morera Martínez,
Frank H. Richmond, José Tous Soto, Luis Méndez Vaz."

*Resultando:* que contra esta sentencia interpuso apela-
ción Don Mariano Pesquera, que le fué admitida libremente
y en ambos efectos, y elevados los autos a esta Superioridad,

con citación y emplazamiento de las partes, y personada la apelante, se le dió al recurso la tramitación correspondiente, señalándose día para la vista, a cuyo acto asistieron el abogado defensor de la parte apelante y el Fiscal del Tribunal, que impugnó el recurso.

Abogado del apelante: *Sr. Cruz Castro.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del tribunal.(*)

*Aceptando* los fundamentos de hecho de la sentencia apelada.

*Resultando:* además, que admitido el informativo propuesto con las citaciones que ordena la Ley, inclusa la del Fiscal del Distrito, declararon tres testigos, mayores de edad, propietarios y vecinos de la localidad, que efectivamente les constaba y era cierto que Doña María Ana Sojo y del Valle había adquirido por compra a José María Rosario el solar, cuyo dominio se interesaba, el veinte y seis de julio de 1901, desde cuya fecha lo venía poseyendo quieta y pacíficamente y sin interrupción, y que del mismo modo era cierto que el anterior dueño del solar, José María Rosario, lo había poseído con las mismas condiciones, por espacio de más de veinte años y lo había adquirido por herencia de su madre, Juana María Rosario.

*Considerando:* que si bien en el escrito inicial de las informaciones de esta clase, debe expresarse si el promovente carece o no de título de dominio escrito, como condición que requiere el artículo 395 de la Ley Hipotecaria, para que la parte promovente pueda acreditar en su caso, su derecho de dominio, en la forma que el mismo artículo establece; esto no obstante, habiendo sido admitido el escrito promoviendo el presente informativo sin aquel requisito y sin reparo alguno, ni por parte del Tribunal, que pudo y debió en todo caso, rechazarlo de plano, ni por el Fiscal del Distrito, que fué citado a su debido tiempo, para la práctica de las pruebas,

no procede hoy, sin gran perjuicio para la parte promovente, denegarse la aprobación de la información propuesta, después de corridos todos los trámites legales del expediente, por la falta de un requisito cuya subsanación pudo el tribunal decretar oportunamente.

*Considerando:* por otra parte, que habiendo acreditado el promovente por declaraciones de tres testigos contestes, mayores de edad, propietarios y vecinos del lugar, que entre la actual poseedora Doña María Ana Sojo y. su causante, José (*) María Rosario, han poseído, el solar de que se trata, quieta y pacíficamente y sin interrupción por un espacio de tiempo mayor de veinte años, con buena fe y justos títulos, existe una prueba suficiente para dictar la declaratoria de dominio que interesa la parte promovente, a los efectos de su inscripción en el registro de la propiedad.

*Vistos* el artículo citado de la Ley Hipotecaria de esta Isla, la Orden Judicial de 4 de abril·de 1899 y los demás artículos aplicables del vigente Código Civil.

*Fallamos:* que debemos revocar y revocamos la sentencia apelada, declarando que corresponde a Doña María Ana Sojo y del Valle el dominio del solar reseñado en el escrito de promoción de este informativo; disponiéndose, en su consecuencia, se le expida copia certificada de la presente resolución y de las demás constancias de los autos que pidiere para su inscripción en el registro de la propiedad.

Jueces concurrentes: Sres. Hernández, Figueras y Mac-Leary.

El Juez Asociado Sr. Sulzbacher no formó tribunal en la vista de este caso.